**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6277**

———————————

RONNIE BUMPUS,

Plaintiff - Appellant,

versus

BRENDA BARRETT; FEDERAL BUREAU OF PRISONS,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. William M. Kidd, Senior District Judge. (CA-96-4-1)

———————————

Submitted: May 28, 1996              Decided: June 6, 1996

———————————

Before HALL, MURNAGHAN, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ronnie Bumpus, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his <u>Bivens</u>[*] complaint under 28 U.S.C. § 1915(d) (1988). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bumpus v. Barrett</u>, No. CA-96-4-1 (N.D.W. Va. Feb. 15, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).